NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAPITAL MACHINE COMPANY, INC. AND INDIANA FORGE, LLC,**
*Plaintiffs/Counterclaim Defendants-Appellants,*

AND

**WILLIAM L. KOSS,**
*Counterclaim Defendant,*

v.

**MILLER VENEERS, INC.,**
*Defendant/Counterclaimant-Appellee,*

AND

**THOMAS A. MILLER, BENJAMIN R. MILLER, SALLY M. SANDO, ROBERT D. BRAND, INDIANAPOLIS VENEER WORKS, LLC, EGENOLF MACHINE, INC., AND MERRITT PLYWOOD MACHINERY, INC.,**
*Defendants/Counterclaimants-Appellees.*

---

2012-1288

---

Appeal from the United States District Court for the Southern District of Indiana in case no. 09-CV-0702, Judge Jane Magnus-Stinson.

---

## ON MOTION

---

## ORDER

Capital Machine Company, Inc. and Indiana Forge, LLC (Capital Machine) move for leave to file a corresponding brief pursuant to Federal Circuit Rule 32(e). Miller Veneers et al. respond. Capital Machine replies. Miller Veneers moves for leave to file a surreply, with surreply attached.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. Both parties may, if they choose, file corresponding briefs pursuant to Fed. Cir. Rule 32(e).

FOR THE COURT

**JUN 1 4 2012**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Michael A. Swift, Esq.
Paul B. Overhauser, Esq.
James L. McNeely, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 4 2012

JAN HORBALY
CLERK